2023R00591/MHS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | : | |
| | : | Crim. No. 24-CR-20 (CCC) |
| v. | : | |
| | : | 18 U.S.C. §§ 2252A(a)(5)(B), |
| | : | (b)(2) |
| RAMY MERCADO | : | 18 U.S.C. § 1425(a) |
| | : | 18 U.S.C. § 2 |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

### COUNT ONE
(Possession of Child Pornography)

Between in and around 2022 and on or about August 3, 2023, in Essex and Hudson Counties, in the District of New Jersey, and elsewhere, the defendant,

**RAMY MERCADO,**

did knowingly possess and access with intent to view material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, including images of child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT TWO
(Naturalization Fraud)

Between in and around 2022 and on or about June 22, 2023, in Essex and Hudson Counties, in the District of New Jersey, and elsewhere, the defendant,

**RAMY MERCADO,**

did knowingly procure and attempt to procure for himself, contrary to law, naturalization as a United States citizen, in that he attempted to and did become a naturalized United States citizen after falsely representing he had not committed any crime or offense for which he had not been arrested, when in fact he had previously possessed at least three images of child pornography contrary to Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), a crime for which he had not been arrested.

In violation of Title 18, United States Code, Sections 1425(a) and 2.

## FORFEITURE ALLEGATION

1.The United States hereby gives notice that upon the conviction of the defendant,

**RAMY MERCADO,**

of the offense in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) charged in Count One of this Information, the United States will seek forfeiture, in accordance with 18 U.S.C. § 2253, of all right, title and interest of the defendant in the following:

a)any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b)any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in this Information, and all property traceable to such property; and

c)any property, real or personal, used or intended to be used to commit or to promote the commission of such offense,

and all property traceable to such property.

2.The property to be forfeited includes, but is not limited to, all right, title, and interest of the defendant in the following items seized from the Defendant on or about August 3, 2023:

a)iPhone 13 bearing serial number GMGXFJ6X6R and IMEI 354941736921740.

3

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;

    b)    has been transferred or sold to, or deposited with, a third party;

    c)    has been placed beyond the jurisdiction of the court;

    d)    has been substantially diminished in value; or

    e)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property listed above.

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 24-CR-20(CCC)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

RAMY MERCADO

## INFORMATION FOR

18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)
18 U.S.C. §§ 1425(a)
18 U.S.C. § 2

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
*FOR THE DISTRICT OF NEW JERSEY*

MATTHEW SPECHT
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 353-6061